IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. NO. 04-00363 SOM |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM ROBERT CLIFFORD (01) | ) | DECLARATION OF KENNETH M. |
| SCOTT STADNISKY (02) | ) | SORENSON |
| a/k/a: "Scoots" | ) | |
| SLOANE TEDMUN PAGLINAWAN (03) | ) | |
| DANIEL LYNN MYERS (04 | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF KENNETH M. SORENSON

I, KENNETH M. SORENSON, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am the Assistant United States Attorney assigned to the above-captioned case.

2. The facts as stated in the GOVERNMENT'S MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE are true to the best of my knowledge and belief.

DATED: December 20, 2005, at Honolulu, Hawaii

/s/ Kenneth M. Sorenson
KENNETH M. SORENSON