# ORIGINAL

Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii  96813
Telephone Number:   523-7041
Facsimile Number:  538-7579
E-Mail:  wharrison@hamlaw.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

⁓⁓ 2 3 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Defendant
SCOTT WILLIAM STADNISKY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | )  CR. NO. 04-0363 SOM |
| | ) |
| Plaintiff, | )  NOTICE OF MOTION IN LIMINE TO |
| | )  PROHIBIT INTRODUCTION OF |
| vs. | )  TELEPHONE RECORDS AND |
| | )  RECORDINGS; DECLARATION OF |
| SCOTT WILLIAM STADNISKY | )  COUNSEL; MOTION IN LIMINE TO |
| | )  PROHIBIT INTRODUCTION OF |
| Defendant. | )  TELEPHONE RECORDS AND |
| | )  RECORDINGS; CERTIFICATE OF |
| | )  SERVICE |

## NOTICE OF MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF TELEPHONE RECORDS AND RECORDINGS

TO:   KENNETH SORENSON, ESQ.
      Room 6100
      PJKK Federal Building
      300 Ala Moana Boulevard
      P. O. Box 50183
      Honolulu, Hawaii  96850
      (Attorney for Plaintiff
       UNITED STATES OF AMERICA)

PLEASE TAKE NOTICE that on January 30, 2006 at 11:15 a.m.,

the following motion will be heard before the Honorable SUSAN OKI MOLLWAY, in her courtroom in the United States District Court, Hawaii, or soon thereafter as counsel may be heard.

Dated:  Honolulu, Hawaii, January 23, 2006.

Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON
Attorneys for Defendant
SCOTT WILLIAM STADNISKY

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO. 04-0363 SOM |
| | ) |
| Plaintiff, | ) MOTION IN LIMINE TO PROHIBIT |
| | ) INTRODUCTION OF TELEPHONE |
| vs. | ) RECORDS AND RECORDINGS |
| | ) |
| SCOTT WILLIAM STADNISKY | ) |
| | ) |
| Defendant. | ) |
| ———————————————————— | ) |

## MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF TELEPHONE RECORDS

Comes now Defendant SCOTT WILLIAM STADNISKY, by and through his counsel above named and hereby moves this Honorable Court for an order prohibiting the introduction of Defendant's telephone records and recordings obtained by the government from the Federal Detention Center, Honolulu.

This motion is based on the records and files of this case, the declaration of counsel and memorandum attached hereto and such other and further evidence as may be adduced at the hearing on this motion.

DATED:  Honolulu, Hawaii, January 23, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorney for Defendant
SCOTT WILLIAM STADNISKY

3