ORIGINAL

Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number: 523-7041
Facsimile Number: 538-7579
E-Mail: wharrison@hamlaw.net

Attorney for Defendant
SCOTT WILLIAM STADNISKY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-0363 SOM |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF MOTION IN LIMINE TO |
| | ) EXCLUDE OTHER CRIMES WRONGS |
| vs. | ) AND ACTS; DECLARATION OF |
| | ) COUNSEL; MOTION IN LIMINE TO |
| SCOTT WILLIAM STADNISKY, | ) EXCLUDE OTHER CRIMES WRONGS |
| | ) AND ACTS; CERTIFICATE OF SERVICE |
| Defendant. | ) |

**NOTICE OF MOTION IN LIMINE TO EXCLUDE OTHER CRIMES WRONGS AND ACTS**

TO:   KENNETH SORENSON, ESQ.
      Room 6100
      PJKK Federal Building
      300 Ala Moana Boulevard
      P. O. Box 50183
      Honolulu, Hawaii 96850
      (Attorney for Plaintiff
       UNITED STATES OF AMERICA)

PLEASE TAKE NOTICE that on January 30, 2006 at 11:15 a.m.,

the following motion will be heard before the Honorable SUSAN OKI MOLLWAY, in her courtroom in the United States District Court, Hawaii, or soon thereafter as counsel may be heard.

Dated: Honolulu, Hawaii, January 23, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorneys for Defendant
SCOTT WILLIAM STADNISKY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 04-0363 SOM |
| ) | |
| Plaintiff, ) | MOTION IN LIMINE TO EXCLUDE |
| ) | OTHER CRIMES WRONGS AND ACTS |
| vs. ) | |
| ) | |
| SCOTT WILLIAM STADNISKY ) | |
| ) | |
| Defendant. ) | |

## **MOTION IN LIMINE TO EXCLUDE OTHER CRIMES WRONGS AND ACTS**

Comes now Defendant SCOTT WILLIAM STADNISKY, by and through his counsel above named and hereby moves this Honorable Court for an order prohibiting the introduction of information regarding Defendant's prior parole status.

This motion is brought pursuant to Rules 12(b), and 17.1 of the Federal Rules of Criminal Procedure, the Motion *in Limine* doctrine announced in United States v. Cooke, 608 F.2d 1175, 1183-87 (9th Cir. 1979) (en banc), cert. denied, 444 U.S. 1034 (1980), [for determination prior to trial to prevent possible prejudice to defendant during the course of trial], the declaration of counsel and memorandum attached hereto and such other and further evidence as may be adduced at the hearing on this motion.

3

UNITED STATES OF AMERICA v. SCOTT WILLIAM STADNISKY; CR. NO. 04-0336SOM; **Notice of Motion to Exclude Other Crimes Wrongs and Acts**

DATED: Honolulu, Hawaii, January 22, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorney for Defendant
SCOTT WILLIAM STADNISKY

4

UNITED STATES OF AMERICA v. SCOTT WILLIAM STADNISKY; CR. NO. 04-0336SOM; **Notice of Motion to Exclude Other Crimes Wrongs and Acts**