EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00363-03 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO |
| | ) | CONTINUE SENTENCING; |
| vs. | ) | ORDER |
| | ) | |
| SLOANE TEDMUN PAGLINAWAN, (03) | ) | Old Date:  2/13/06 |
| | ) | New Date:  3/28/06 |
| Defendant. | ) | |
| | ) | |

STIPULATION TO CONTINUE SENTENCING

        IT IS HEREBY STIPULATED AND AGREED between the parties,

the United States of America and the Defendant, Sloane Tedmun

Paglinawan, by and through his respective attorney, Clifford

Hunt, Esq., hereby agree and stipulate, and request that the

Court approve a continuance of the sentencing date in this case

currently set for February 13, 2006 at 3:45 p.m. to March 28,

2006 at 2:15 p.m. before the Honorable Susan Oki Mollway.

        DATED:  February _____, 2006, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                    By_____
                        KENNETH M. SORENSON
                        Assistant U.S. Attorney


                        _____
                        CLIFFORD HUNT, ESQ.
                        Attorney for Defendant

      DATED: Honolulu, Hawaii; February 9, 2006.



                    _____
                    Susan Oki Mollway
                    United States District Judge


USA v. SLOANE TEDMUN PAGLINAWAN
Cr. No. 04-00363-03 SOM
"Stipulation to Continue Sentencing; Order"