ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 07 2006

at 4 o'clock and 10 min. PM TY
SUE BEITIA, CLERK

LODGED

APR 07 2006
9:00 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

CLIFFORD HUNT 3425
333 QUEEN STREET, SUITE 612
HONOLULU, HAWAII 96813
PHONE: (808) 545-4050
FAX: (808) 544-0007
EMAIL: NOTGUILTY007@msn.com

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00363 SOM (03) |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING SENTENCING OF |
| ) | DEFENDANT SLOAN TEDMUN |
| SLOAN TEDMUN ) | PAGLINAWAN |
| PAGLINAWAN, ) | |
| ) | JUDGE: SUSAN OKI MOLLWAY |
| Defendant. ) | |
| ) | SENTENCING: May 18, 2006 2:15 |
| ) | p.m. |
| _____ ) | |

STIPULATION AND ORDER CONTINUING SENTENCING OF
DEFENDANT SLOAN TEDMUN PAGLINAWAN

IT IS HEREBY STIPULATED, by and between Plaintiff United States

of America and Defendant through their respective counsel, that Defendant

SLOAN TEDMUN PAGLINAWAN'S sentencing be continued from March

28, 2006 at 2:15 p.m. to May 18, 2006 at 2:15 p.m.

DATED: Honolulu, Hawaii March 31, 2006

1

_____
CLIFFORD HUNT
Attorney for Defendant

_____
KEN SORENSON, ESQ.
Attorney for Plaintiff United
States of America

APPROVED AND SO ORDERED:

_____
THE HONORABLE SUSAN OKI MOLLWAY
JUDGE OF THE ABOVE-ENTITLED COURT

CR. NO. 04-00363 SOM (03); USA v. WILLIAM CLIFFORD, ET. AL;
STIPULATION AND ORDER CONTINUING SENTENCING OF
DEFENDANT SLOAN TEDMUN PAGLINAWAN

2