ORIGINAL

CLIFFORD HUNT 3425
333 QUEEN STREET, SUITE 612
HONOLULU, HAWAII 96813
PHONE: (808) 545-4050
FAX: (808) 544-0007
EMAIL: NOTGUILTY007@msn.com

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CR. NO. 04-00363 SOM (03) |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER |
| vs.   ) | CONTINUING SENTENCING OF |
| ) | DEFENDANT SLOAN TEDMUN |
| SLOAN TEDMUN   ) | PAGLINAWAN |
| PAGLINAWAN,   ) | |
| ) | JUDGE: SUSAN OKI MOLLWAY |
| Defendant.   ) | |
| ) | SENTENCING: June 8, 2006 3:00 |
| ) | p.m. |
| _____   ) | |

STIPULATION AND ORDER CONTINUING SENTENCING OF
DEFENDANT SLOAN TEDMUN PAGLINAWAN

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant through their respective counsel, that Defendant SLOAN TEDMUN PAGLINAWAN'S sentencing be continued from May 18, 2006 at 2:15 p.m. to June 8, 2006 at 3:00 p.m.

DATED: Honolulu, Hawaii April 7, 2006

_____
CLIFFORD HUNT
Attorney for Defendant

_____
KEN SORENSON, ESQ.
Attorney for Plaintiff United
States of America

APPROVED AND SO ORDERED:

_____
THE HONORABLE SUSAN OKI MOLLWAY
JUDGE OF THE ABOVE-ENTITLED COURT

CR. NO. 04-00363 SOM (03); <u>USA v. WILLIAM CLIFFORD, ET. AL</u>; STIPULATION AND ORDER CONTINUING SENTENCING OF DEFENDANT SLOAN TEDMUN PAGLINAWAN