ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2006

at 9 o'clock and 15 min A M
SUE BEITIA, CLERK

LODGED

APR 20 2006
10:25 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

CLIFFORD HUNT 3425
333 QUEEN STREET, SUITE 612
HONOLULU, HAWAII 96813
PHONE: (808) 545-4050
FAX: (808) 544-0007
EMAIL: NOTGUILTY007@msn.com

ATTORNEY FOR DEFENDANT
SLOANE T. PAGLINAWAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff,     )<br>vs.                )<br><br>SLOANE T. PAGLINAWAN,     )<br><br>Defendant.      )<br>_____ ) | CR. NO.  04-00363 SOM (03)<br><br>STIPULATION AND ORDER AMENDING ORDER SETTING CONDITIONS OF RELEASE OF DEFENDANT SLOANE T. PAGLINAWAN FILED SEPTEMBER 21, 2005 and CERTIFICATE OF SERVICE<br><br>JUDGE: SUSAN OKI MOLLWAY |

STIPULATION AND ORDER AMENDING ORDER SETTING
CONDITIONS OF RELEASE OF
DEFENDANT SLOANE T. PAGLINAWAN FILED SEPTEMBER 21, 2004

IT IS HEREBY STIPULATED, by and between Plaintiff United States

of America and Defendant SLOANE T. PAGLINAWAN, through their

respective counsel, that the Order Setting Conditions of Release filed

1

September 21, 2004 be amended to remove condition number 3 (7c) relating to employment. All other conditions of release remain in effect.

DATED: Honolulu, Hawaii, APR 2 0 2006 _____.


_____
CLIFFORD HUNT
Attorney for Defendant
SLOANE T. PAGLINAWAN

_____
KENNETH M. SORENSON
Attorney for Plaintiff
United States of America

NO OBJECTION:

_____
CAROLYN HALL
Supervising U.S. Pretrial
Services Officer
United States Pretrial Services
Office


APPROVED AND SO ORDERED:

_____
THE HONORABLE SUSAN OKI MOLLWAY
JUDGE OF THE ABOVE-ENTITLED COURT