# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00363SOM |
| CASE NAME: | USA vs. (03) Sloane Tedmun Paglinawan |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | 03   Clifford Hunt |
| | Neil Tsukayama (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/8/2006 | TIME: | 3:00 - 3:20 |

COURT ACTION:   EP: Sentencing to Count 1 of the Indictment -

Defendant (03) Sloane Tedmun Paglinawan present.

Discussion held re: offense level and the sentencing guidelines.

Parties given leave to file additional documents.

Sentencing is continued to 6/29/06 @ 3:45 p.m. SOM.

Submitted by: Toni Fujinaga, Courtroom Manager.