

U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

July 28, 2006

The Honorable Susan Oki Mollway
Judge of the U.S. District Court
   for the District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re: **PAGLINAWAN, Sloane Tedmun**
    Reg. No. 95294-022
    Docket No. 1:04CR00363-003

Dear Judge Mollway:

   This is in response to the Court's recommendation that Sloane Tedmun Paglinawan serve his term of confinement at the Terminal Island Federal Correctional Institution, in San Pedro, California. The Court also recommended that he participate in the Residential Drug Abuse Program (RDAP). Mr. Paglinawan was sentenced in your court to an 87-month term for Conspiracy to Distribute and Possession with Intent to Distribute 50 Kilograms or More of Methamphetamine.

   Unfortunately, we were unable to follow all of the Court's recommendations. Mr. Paglinawan has been classified as a minimum security level offender. The facility recommended by the Court is currently experiencing population pressures. Accordingly, Mr. Paglinawan has been designated to the minimum security level facility in Florence, Colorado. Staff there will encourage Mr. Paglinawan to participate in the RDAP, if eligible, under the established program criteria.

   Although we were unable to comply with all of the Court's recommendations, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                        Sincerely,

                                        [signature]
                                        Rebecca Tamez
                                        Chief

mbp
cc: Warden, AD Max Florence (SCP)